# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161500

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 161500
                                      COA: 346834
                                      Ingham CC: 17-001067-FC

WILBERT EDMOND,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 21, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021



s0222

                               Clerk